[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 3, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14286
Non-Argument Calendar
_____

D. C. Docket No. 07-00076-CR-3-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HUGO BALTAZAR FERNANDEZ,
a.k.a. Hugo Alberto Baltazar
a.k.a. Hugh Baltazar Fernandez,
a.k.a. Hugo Alberto Baltazar-Fernandez,
a.k.a. Ivan Baltizar,
a.k.a. Julio Perez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(July 3, 2008)**

Before BIRCH, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Michael Ufferman, appointed counsel for Hugo Baltazar Fernandez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Fernandez's convictions and sentences are **AFFIRMED**.